IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM NEAL, : | |
|       *Petitioner*, : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO. 06-0162 |
| JOSEPH J. PIAZZA, THE DISTRICT : | |
| ATTORNEY OF THE COUNTY OF : | |
| PHILADELPHIA, and THE ATTORNEY : | |
| GENERAL OF THE STATE OF : | |
| PENNSYLVANIA, : | |
|       *Respondents*. : | |

**ORDER**

**AND NOW,** this **12th** day of **March, 2024**, upon consideration of Petitioner's Motion for Relief Under Federal Rule of Civil Procedure 60(b)(6) (ECF No. 21), it is hereby **ORDERED** as follows:

1. The Motion for Relief Under Rule 60(b)(6) is **DENIED**.

2. The motion is **DISMISSED** without prejudice to the Petitioner's right to file an application to file a second or successive habeas petition with the United States Court of Appeals for the Third Circuit in accordance with 28 U.S.C. § 2244(b)(3)(A).

                                              BY THE COURT:

                                              /s/ Kai N. Scott
                                              **HON. KAI N. SCOTT**
                                              **United States District Court Judge**