**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM NEAL, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : **CIVIL** |
| | : **ACTION NO.** |
| | : **06-0162** |
| JOSEPH J. PIAZZA, THE DISTRICT | : |
| ATTORNEY OF THE COUNTY OF | : |
| PHILADELPHIA, and THE ATTORNEY | : |
| GENERAL OF THE STATE OF | : |
| PENNSYLVANIA, | : |
| Respondents. | : |

## ORDER

**AND NOW,** this **30th** day of **March 2026,** upon consideration of Petitioner's Motion to Proceed *In Forma Pauperis* (ECF No. 48) and Motion for Relief from Judgment under Rule 60(d)(1) (ECF No. 51), it is **ORDERED** as follows:

1. The Motion to Proceed *In Forma Pauperis* is **DENIED** as **MOOT** based on the Third Circuit having granted Petitioner's Motion for Leave to Proceed *In Forma Pauperis* on May 9, 2024 (*see* ECF No. 8 in C.A. No. 24-1628).

2. Petitioner's Rule 60(d)(1) Motion is **DENIED.**

BY THE COURT:

_____
HONORABLE KAI N. SCOTT
United States District Court Judge